United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-16016-elf
Mark L Johnson                                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett           Page 1 of 1          Date Rcvd: Feb 15, 2017
                              Form ID: pdf900           Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2017.

```
db              +Mark L Johnson,    1925 Farmington Avenue,    Pottstown, PA 19464-1331
13782025        +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
13782026        +KLM Law Group, PC,    Suite 5000-BNY Independence Center,    701 Market St,
                  Philadelphia, PA 19106-1538
13850034        +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13782027        +Portfolio Recovery Ass,    287 Independence,    Virginia Beach, VA 23462-2962
13782028        +Rushmore Loan Mgmt Ser,    Pob 52708,    Irvine, CA 92619-2708
13782029        +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13811977        +Toyota Motor Credit Corporation,    P.O. Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: bankruptcy@phila.gov Feb 16 2017 02:32:56     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 16 2017 02:32:17
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 16 2017 02:32:33     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13782023         E-mail/Text: bankruptcy@bbandt.com Feb 16 2017 02:31:49     BB&T,    PO Box 1626,
                  Wilson, NC 27894-1626
13790098        +E-mail/Text: bankruptcy@bbandt.com Feb 16 2017 02:31:49     BB&T, Bankruptcy Section,
                  100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
13782024         E-mail/Text: DATA@COLLECTIONCENTERIND.COM Feb 16 2017 02:33:10     Collection Center,
                  2011 Miller Road,    Lancaster, PA 17604
13784380         E-mail/Text: ebn@vativrecovery.com Feb 16 2017 02:31:49     Palisades Collections, LLC,
                  VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Collections, LLC,
                  P.O. Box 40728,    Houston, TX 77240-0728
                                                                                              TOTAL: 7

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2017 at the address(es) listed below:

```
              DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com
              JOSEPH L QUINN    on behalf of Debtor Mark L Johnson CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARK L JOHNSON                                          Chapter 13

                    Debtor                              Bankruptcy No. 16-16016-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

    **AND NOW**, this _____ day of _____, 201\_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: February 15, 2017**

Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-

Debtor:
MARK L JOHNSON

1925 Farmington Avenue

Pottstown, PA 19464